**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **WILLIAM RANDOLPH GRAY,**<br><br>      Plaintiff,<br><br>v.<br><br>**AREL VALDEZ, JOSH DONALDSON, and TOMMY SELLARS,**[1]<br><br>      Defendants. | Civil Action No. 7:13-CV-14 (HL) |

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 47). Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendant Valdez's Motion for Summary Judgment (Doc. 30) is granted.

**SO ORDERED**, this the 19th day of February, 2014.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The Clerk of Court is directed to amend the docket to reflect the proper names of the Defendants.