# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM RANDOLPH GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>JOSH DONALDSON and TOMMY SELLARS,<br><br>    Defendants. | Civil Action No. 7:13-CV-14 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 49). No objection has been made to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Motion for Summary Judgment filed by Defendants Donaldson and Sellars (Doc. 35) is denied. The Court notes that Defendants have re-filed their motion, and that filing will be considered by Judge Langstaff.

**SO ORDERED**, this the 4th day of March, 2014.

                                        *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

mbh