# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WILLIAM RANDOLPH GRAY**,

    Plaintiff,

v.

**JOSH DONALDSON and
TOMMY SELLARS**,

    Defendants.

Civil Action No. 7:13-CV-14 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 55) that Defendants' Motion for Summary Judgment be granted in part and denied in part. (Doc. 51). Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants the Motion for Summary Judgment as to Defendant Sellars. The Court denies the Motion for Summary Judgment as to Defendant Donaldson.

**SO ORDERED** this 18th day of June, 2014.

                *s/ Hugh Lawson*_____
                **HUGH LAWSON, SENIOR JUDGE**

aks